AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     DELAWARE

LYNN FREDERICK,
         PLAINTIFF,

V.

AVANTIX LABORATORIES, INC., a Delaware corporation; and LINYEE SHUM, individually,

         DEFENDANTS.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:    07-677

TO: (Name and address of Defendant)

AVANTIX LABORATORIES, INC.
c/o The First State Registered Agent Company
1925 Lovering Avenue
Wilmington, DE 19806

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Raeann Warner, Esquire
The Neuberger Firm, P.A.
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
Phone: 302-655-0582
Fax: 302-655-9329

an answer to the complaint which is served on you with this summons, _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

(By) DEPUTY CLERK

OCT 2 9 2007

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | **DATE** 10/29/2007 @ 12:10 pm |
| **NAME OF SERVER** *(PRINT)* ROBERT DELACY | **TITLE** SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were _____

☐ Returned _____

☒ Other (specify): SERVED CHERYL SULLIVAN, AUTHORIZED TO ACCEPT SERVICE FOR THE FIRST STATE REGISTERED AGENT COMPANY, 1925 Lovering Ave., Wilm., DE 19806.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/29/2007
            *Date*

*Signature of Server*
ROBERT DELACY, SPS
DMProfessional Services
5 Orchard Lane
Wilmington, DE 19809
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.