IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LYNN FREDERICK, | : |
| | : C.A. No: 07-677 |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| AVANTIX LABORATORIES, INC. a | : |
| Delaware Corporation; and LINYEE | : |
| SHUM, individually, | : |
| | : |
| Defendants. | |

### ENTRY OF APPEARANCE

**PLEASE** add the appearance of Erin K. Brignola, Esquire as Attorney of record on behalf of Defendants, AVANTIX LABORATORIES, INC. a Delaware Corporation and LINYEE SHUM, in the above captioned matter.

Cooper Levenson April Niedelman & Wagenheim, P.A.

Dated: November 15, 2007      By:  /s/ Erin K. Brignola, Esquire
                              Erin K. Brignola, Esquire (2723)
                              30 Fox Hunt Drive
                              Bear, DE 19701
                              (302) 838-2600 Telephone
                              (302) 838-1942 Facsimile
                              *Attorney for Defendants*