IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LYNN FREDERICK,<br><br>         Plaintiff<br>vs.<br><br>AVANTIX LABORATORIES, INC., a Delaware corporation; and LINYEE SHUM, individually,<br><br>         Defendants. | Civil Action No. 07-677 JJF<br><br>**JURY TRIAL DEMANDED** |

ANSWER

Avantix Laboratories, Inc. and Linyee Shum by way of Answer to plaintiff's Complaint hereby say as follows:

COMPLAINT

1. Denied insofar as defendants herein deny all substantive allegations asserted.

I. JURISDICTION

2. Denied insofar as these answering defendants deny that any substantive violation of any of the referenced statutes occurred.

3. Denied insofar as defendants maintain that plaintiff has failed to properly exhaust all administrative remedies.

4. Denied insofar as defendants deny that any discriminatory employment practices occurred.

II. THE PARTIES

5. Admitted.

6. Admitted.

7. It is admitted that Linyee Shum is the Executive Director of Avantix Laboratories, Inc. The remainder of this paragraph is denied insofar as, at all times relevant hereto, plaintiff was employed by Avantix Laboratories, Inc. and not by Linyee Shum.

8. Admitted as to Avantix Laboratories, Inc., denied as to Linyee Shum.

9. Denied.

### III. FACTS GIVING RISE TO THE ACTION

10. Admitted.

11. Denied.

12. Denied.

13. Denied.

14. This answering defendant is without information sufficient to form a belief as to what the plaintiff learned and, therefore, leaves plaintiff to her proofs.

15. Denied except that it is admitted that on or about October 7, 2004 plaintiff along with a number of employees of Avantix signed a letter. The contents of this letter speak for themselves.

16. This answering defendant neither admits nor denies the allegations of this paragraph of plaintiff's Complaint and leaves plaintiff to her proofs.

17. This answering defendant neither admits nor denies the allegations of this paragraph of plaintiff's Complaint and leaves plaintiff to her proofs.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

23. Admitted.

24. Denied.

25. Denied.

26. Denied.

27. Admitted.

28. It is admitted that plaintiff did file a Charge of Discrimination with the Delaware Department of Labor. The exact date of the filing of this Charge is unknown to these answering defendants. The substantive allegations of the Complaint are denied.

29. This answering defendant neither admits nor denies the allegations of this paragraph of plaintiff's Complaint and leaves plaintiff to her proofs.

30. This answering defendant neither admits nor denies the allegations of this paragraph of plaintiff's Complaint and leaves plaintiff to her proofs.

31. Admitted.

32. This answering defendant neither admits nor denies the allegations of this paragraph of plaintiff's Complaint and leaves plaintiff to her proofs.

33. This answering defendant neither admits nor denies the allegations of this paragraph of plaintiff's Complaint and leaves plaintiff to her proofs.

## PLAINTIFF'S PERFORMANCE

34. Denied.

35. Denied.

36. Denied.

37. This answering defendant neither admits nor denies the allegations of this paragraph of plaintiff's Complaint and leaves plaintiff to her proofs.

### PLAINTIFF'S PROTECTED ACTS WERE THE PRIMARY REASON FOR DEMOTION AND DISCHARGE

38. Denied.

39. Denied.

40. Denied.

### PLAINTIFF'S INJURIES

41. Denied.

42. Denied.

### COUNT I

43. Defendants repeat and incorporate their response to the allegations contained in the previous paragraphs of plaintiff's Complaint as if more fully set forth herein.

44. Denied.

45. Denied.

46. Denied.

### COUNT II

47. Defendants repeat and incorporate their response to the allegations contained in the previous paragraphs of plaintiff's Complaint as if more fully set forth herein.

48. Denied.

49. Denied.

50. Denied.

## SEPARATE DEFENSES

1. Plaintiff's Complaint, or portions thereof, fail to state a claim upon which relief can be granted.

2. Plaintiff has failed to exhaust her administrative remedies.

3. Plaintiff has failed to mitigate her damages.

4. Plaintiff's own conduct bars or limits her ability to recover under State and Federal Law.

5. Plaintiff's Complaint, or portions thereof, are barred by the applicable Statute of Limitations.

## DEMAND FOR STATEMENT OF DAMAGES

Defendants demand that the plaintiff, through her attorney, serve a statement of damages claimed within five days.

## JURY DEMAND

Trial by jury is hereby demanded as to all issues set forth herein.

## NOTICE OF TRIAL COUNSEL

PLEASE BE NOTIFIED that Erin K. Brignola, Esquire, is hereby designated as trial counsel in the above-captioned litigation on behalf of the firm of Cooper Levenson April Niedelman & Wagenheim, P.A.

                                        Cooper Levenson April Niedelman & Wagenheim, P.A.

Dated: January 3, 2008        BY: /s Erin K. Brignola
                                       Erin K. Brignola, Esquire (2723)
                                       30 Fox Hunt Drive, Fox Run Shopping Center
                                       Bear, DE  19701
                                       *Attorneys for Defendants Avantix Laboratories, Inc.*
                                       *and Linyee Shum*

STATE OF DELAWARE   :
                                        :
NEW CASTLE COUNTY  :

       BE IT REMEMBERED that on this 3rd day of January, 2008, personally appeared before me the undersigned, the Subscriber, a Notary Public for the State and County aforesaid, Beverly Bumgarner, who, being by me duly sworn according to law, depose and says that she is employed in the offices of Cooper Levenson, 30 Fox Hunt Drive, Unit 30, Fox Run Shopping Center, Bear, DE 19701, and that on the above date she deposited in the mailbox at the Bear Post Office, Bear, Delaware the attached papers addressed to:

Raeann Warner, Esquire
Thomas Neuberger, Esquire
Two East Seventh Street
Suite 302
Wilmington, DE 19801

Russell Lichtenstein, Esquire
1125 Atlantic Avenue
Atlantic City, NJ 08401

Avantix Laboratories, Inc.
Linyee Shum, Ph. D
57 Reads Way
New Castle, DE 19720

                                                              /s/ Beverly Bumgarner
                                                          BEVERLY BUMGARNER
                                                          Notary Public