IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LYNN FREDERICK,<br><br>    Plaintiff,<br><br>v.<br><br>AVANTIX LABORATORIES, INC. a<br>Delaware Corporation; and LINYEE<br>SHUM, individually,<br><br>    Defendants. | C.A. No: 07-677 JJF |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of EILEEN OAKES MUSKETT, ESQUIRE, of the Law Offices of Cooper Levenson April Niedelman & Wagenheim to represent as Counsel for the Defendants, Advantix Laboratories, Inc., and Linyee Shum in this action.

                            Cooper Levenson April Niedelman & Wagenheim, P.A.

                            /s/ Erin K. Brignola
                            Erin K. Brignola, Esquire (2723)
                            30 Fox Hunt Drive
                            Bear, DE 19701
                            (302) 838-2600

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice for EILEEN OAKES MUSKETT, ESQUIRE is granted.

Date: _____   _____
                                            United States Bankruptcy Judge

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

       Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules and Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

                            /s/ Eileen Oakes Muskett
                            Eileen Oakes Muskett, Esquire,
                            Cooper Levenson April Niedelman & Wagenheim