IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **LYNN FREDERICK**, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A. No. 07-677- JJF |
| | : |
| **AVANTIX LABORATORIES, INC.**, a Delaware corporation; and **LINYEE SHUM**, individually, | : |
| | : |
| | : Jury Trial Demanded |
| | : |
| Defendants. | : |

**PROPOSED RULE 16 SCHEDULING ORDER**

The parties having satisfied their obligations under Fed.R. Civ. P. 26(f),

IT IS ORDERED that:

1. **Pre-Discovery Disclosures.** The parties will exchange by February 11, 2008 the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

2. **Joinder of other parties**. All motions to join other parties shall be filed on or before February 29, 2008.

3. **Discovery**.

(a) Exchange and completion of interrogatories, identification of all fact witnesses and document production shall be commenced so as to be completed by May 2, 2008.

(b) Maximum of  50  interrogatories by each party to any other party.

(c) Maximum of  50  requests for admission by each party to any other party.

(d) Maximum of  15  depositions by plaintiff and 15 depositions by defendant. Depositions shall not commence until the discovery required by Paragraph 4 (a, b and c) are

completed.

    (e) Reports from retained experts required by Rule 26(a)(2) are due from the plaintiffs by June 27, 2008; from the defendant(s) by August 8, 2008.

    (f) Any party desiring to depose an expert witness shall notice and complete said deposition no later than thirty (30) days from receipt of said expert's report, unless otherwise agreed in writing by the parties.

  4.  **Discovery Disputes**.

    (a) A party seeking discovery which the opposing party refuses to provide shall file a motion (no brief) pursuant to Rule 37 of the Federal Rules of Civil Procedure and Local Rule 37.1. Said motion shall not exceed a total of four (4) pages. An Answer to the Rule 37 motion, not to exceed four (4) pages, shall be filed within five (5) days of service of the motion. No reply is permitted.

    (b) All papers shall set forth in a plain and concise manner the issue(s) in dispute, the party's position on the issue(s), and the reasons for the party's position.

    (c) Upon receipt of the Answer, the movant shall notify Chambers by e-mail at jjf_civil@ded.uscourts.gov that the parties have completed briefing.

    (d) Upon receipt of the movant's e-mail, the Court will determine whether a conference is necessary and advise the parties accordingly.

    (e) There is no limit on the number of Rule 37 motions a party may file, unless otherwise ordered by the Court.

  5.  **Amendment of Pleadings**.  All motions to amend the pleadings shall be filed on or before March 21, 2008.

  6.  **Case Dispositive Motions**.  Any case dispositive motions, pursuant to the

Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before October 24, 2008. Briefing shall be pursuant to D.Del. LR 7.1.2. No case dispositive motion may be filed more than ten (10) days from the above date without leave of the Court.

7. **Applications by Motion.**

(a) Any applications to the Court shall be by written motion filed with the Clerk of Court in compliance with Federal Rules of Civil Procedure and the Local Rules of Civil Procedure for the United Sates District Court for the District of Delaware (Amended Effective January 1, 1995). Any non-dispositive motion shall contain the statement required by D.Del. LR 7.1.1. Briefs shall be limited to no more than ten (10) pages. Parties may file stipulated and unopposed Orders with the Clerk of Court for the Court's review and signing. The Court will not consider applications and requests submitted by letter or in form other than a motion.

(b) No facsimile transmissions will be accepted.

(c) No telephone calls shall be made to Chambers.

(d) Any party with a true emergency matter requiring the assistance of the Court shall e-mail Chambers at: jjf_civil@ded.uscourts.gov. The e-mail shall provie a short statement describing the emergency.

8. **Pretrial Conference and Trial.** After reviewing the parties' Proposed Scheduling Order, the Court will schedule a pretrial Conference.

The Court will determine whether the trial date should be scheduled when the Scheduling Order is entered or at the Pretrial Conference. If scheduling of the trial date is deferred until the Pretrial Conference, the parties and counsel shall anticipate and prepare for a trial to be held within sixty (60) to ninety (90) days of the Pretrial Conference.

_____  1/14/08
UNITED STATES DISTRICT JUDGE