IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM
A Professional Association
30 Fox Hunt Drive, Fox Run Shopping Center
Bear, Delaware 19701
File No. 53807.3
Attorneys for Defendants Avantix Laboratories, Inc. and Linyee Shum

| | |
|---|---|
| LYNN FREDERICK,<br><br>  Plaintiff<br><br>vs.<br><br>AVANTIX LABORATORIES, INC., a Delaware corporation; and LINYEE SHUM, individually,<br><br>  Defendants. | Civil Action No. 07-677<br><br>**STIPULATION OF DISMISSAL** |

The matter in difference in the above entitled action having been resolved by and between the parties, it is hereby stipulated and agreed that all claims made by plaintiff Lynne Frederick against defendant Linyee Shum are hereby dismissed with prejudice, and without costs against either party.

COOPER LEVENSON APRIL            THE NEUBERGER FIRM, P.A.
NIEDELMAN & WAGENHEIM, P.A.

/s/ Eileen Oakes Muskett            /s/ Raeann Warner
Eileen Oakes Muskett, Esquire        Raeann Warner, Esquire
Attorney for Defendant            Attorney for Plaintiff.

Dated: February 4, 2008

CLAC; 182823.1