IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LYNN FREDERICK,<br><br>                    Plaintiff,<br>vs.<br><br>AVANTIX LABORATORIES, INC., a<br>Delaware corporation,<br><br>                    Defendant. | Civil Action No. 07-677 JJF |

### STIPULATION TO EXTEND

The parties, by and through undersigned counsel, agree that the pre-Discovery disclosures due to be exchanged by February 11, 2008 required under Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2 will be extended for one(1) week or exchanged on or before February 19, 2008.

The Neuberger Firm, P.A.

/s/ Raeann Warner
RAEANN WARNER, ESQUIRE
*Attorney for Plaintiff*

Cooper Levenson April
Niedelman & Wagenheim, P.A.

/s/ Erin K. Brignola
ERIN K. BRIGNOLA, ESQUIRE
*Attorney for Defendant*

Dated: February 11, 2008.