**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **LYNN FREDERICK ,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | C.A. No. 07-677-JJF |
| : | |
| **AVANTIX LABORATORIES, INC.,** : | |
| a Delaware corporation, : | |
| : | **Jury Trial Demanded** |
| : | |
| : | |
| **Defendant.** : | |

## NOTICE OF SERVICE

I, Raeann Warner, being a member of the Bar of this Court, do hereby certify that

on January 9, 2008, I caused **PLAINTIFF'S RULE 26 SELF-EXECUTING DISCLOSURES**

to be e-mailed to the following:

| | |
|---|---|
| Erin K. Brignola, Esquire | Russell L. Lichtenstein, Esquire |
| Cooper Levenson, Attorneys at Law | Cooper Levenson, Attorneys at Law |
| 30 Fox Hunt Drive | 1125 Atlantic Avenue |
| Fox Run Shopping Center | Atlantic City, NJ 08401 |
| Bear, DE 19701 | (609) 572-7676 |
| (302) 838-2600 | rlichtenstein@cooperlevenson.com |
| ebrignola@cooperlevenson.com | |

        **THE NEUBERGER FIRM, P.A.**

        /s/ Raeann Warner
        **THOMAS S. NEUBERGER, ESQ. (#243)**
        **RAEANN WARNER, ESQ. (#4931)**
        Two East Seventh Street, Suite 302
        Wilmington, Delaware 19801
        (302) 655-0582
        TSN@NeubergerLaw.com
        RW@NeubergerLaw.com

Dated: February 19, 2008        **Attorneys for Plaintiff**