**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LYNN FREDERICK,<br><br>       Plaintiff,<br>v.<br><br>AVANTIX LABORATORIES, INC., a Delaware corporation,<br>       Defendant. | Civil Action No. 07-677 JJF<br><br>**Jury Trial Demanded** |

**NOTICE OF SERVICE**

I, Erin K. Brignola, Esquire being a member of the bar of this Court, do hereby certify that on February 19, 2008, I caused Defendant's Rule 26 Disclosures to be e-mailed to the following:

Thomas S. Neuberger, Esquire (243)
Raeann Warner, Esquire (4931)
The Neuberger Firm, P.A.
Two East Seventh Street, Suite 302
Wilmington, DE 19801
(302) 655-0582
TSN@NeubergerLaw.com
RW@NeubergerLaw.com

                              Cooper Levenson April Niedelman & Wagenheim, P.A.

                              By: <u>/s/ Erin K. Brignola, Esquire</u>
                                   Erin K. Brignola, Esquire (2723)
                                   30 Fox Hunt Drive
                                   Bear, DE 19701
                                   (302) 838-2600

Dated: February 20, 2008