**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **LYNN FREDERICK ,** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| v. | :  C.A. No. 07-677-JJF |
| | : |
| **AVANTIX LABORATORIES, INC.,** | : |
| a Delaware corporation, | : |
| | :  **Jury Trial Demanded** |
| | : |
| | : |
| **Defendant.** | : |

**NOTICE OF SERVICE**

    I, Raeann Warner, being a member of the Bar of this Court, do hereby certify that on March 14, 2008, I caused **PLAINTIFF'S AMENDED RULE 26 SELF-EXECUTING DISCLOSURES and PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS** to be sent via E-Mail and U.S. Mail to the following:

| | |
|---|---|
| Erin K. Brignola, Esquire | Russell L. Lichtenstein, Esquire |
| Cooper Levenson, Attorneys at Law | Cooper Levenson, Attorneys at Law |
| 30 Fox Hunt Drive | 1125 Atlantic Avenue |
| Fox Run Shopping Center | Atlantic City, NJ 08401 |
| Bear, DE 19701 | (609) 572-7676 |
| (302) 838-2600 | rlichtenstein@cooperlevenson.com |
| ebrignola@cooperlevenson.com | |

                                          **THE NEUBERGER FIRM, P.A.**

                                          /s/ Raeann Warner
                                          **THOMAS S. NEUBERGER, ESQ. (#243)**
                                          **RAEANN WARNER, ESQ. (#4931**)
                                          Two East Seventh Street, Suite 302
                                          Wilmington, Delaware 19801
                                          (302) 655-0582
                                          TSN@NeubergerLaw.com
                                          RW@NeubergerLaw.com

Dated: March 14, 2008            **Attorneys for Plaintiff**