IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LYNN FREDERICK, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 07-677 (JJF) |
| | : | |
| AVANTIX LABORATORIES, INC., a | : | |
| Delaware corporation; and LINYEE | : | |
| SHUM, individually, | : | |
| | : | |
| | : | Jury Trial Demanded |
| | : | |
| Defendants. | : | |

## STIPULATION TO EXTEND TIME

The parties, by and through undersigned counsel, agree that the document discovery date cut off date listed in paragraph 3(a) of the Scheduling Order (D.I. 12) be extended by one month to June 2, 2008.

_____
**ERIN K. BRIGNOLA, ESQUIRE**
Cooper Levenson, Attorneys at Law
30 Fox Hunt Drive
Fox Run Shopping Center
Bear, DE 19701
(302) 838-2600
ebrignola@cooperlevenson.com

_____
**RAEANN WARNER, ESQ. (#4931)**
The Neuberger Law Firm
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
(302) 655-058
RW@NeubergerLaw.com

IT IS SO ORDERED THIS _____ DAY OF _____, 2008.

_____
THE HONORABLE JUDGE JOSEPH J. FARNAN

Frederick, Lynn/Pleadings//Stipulation to Extend Time.wpd