**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **LYNN FREDERICK ,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | C.A. No. 07-677-JJF |
| | : | |
| **AVANTIX LABORATORIES, INC.,** | : | |
| a Delaware corporation, | : | |
| | : | **Jury Trial Demanded** |
| | : | |
| | : | |
| **Defendant.** | : | |

**NOTICE OF SERVICE**

I, Raeann Warner, being a member of the Bar of this Court, do hereby certify that on May 2, 2008, I caused **PLAINTIFF LYNN FREDERICK'S RESPONSES TO DEFENDANT'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS** to be e-mailed to the following:

| | |
|---|---|
| Erin K. Brignola, Esquire | Eileen Oakes Muskett, Esquire |
| Cooper Levenson April Niedelman & Wagenheim, P.A. | Cooper Levenson April Niedelman & Wagenheim, P.A. |
| 30 Fox Hunt Drive | 1125 Atlantic Avenue |
| Fox Run Shopping Center | Atlantic City, NJ 08401 |
| Bear, DE 19701 | (609) 572-7676 |
| (302) 838-2600 | emuskett@cooperlevenson.com |
| ebrignola@cooperlevenson.com | |

        **THE NEUBERGER FIRM, P.A.**

        /s/ Raeann Warner
        **THOMAS S. NEUBERGER, ESQ. (#243)**
        **RAEANN WARNER, ESQ. (#4931)**
        Two East Seventh Street, Suite 302
        Wilmington, Delaware 19801
        (302) 655-0582
        TSN@NeubergerLaw.com
        RW@NeubergerLaw.com

Dated: May 2, 2008        **Attorneys for Plaintiff**