**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **LYNN FREDERICK,** | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :   C.A. No. 07-677-JJF |
| | : |
| **AVANTIX LABORATORIES, INC.,** | : |
| a Delaware corporation, | : |
| | :   **Jury Trial Demanded** |
| | : |
| | : |
| Defendant. | : |

## NOTICE OF SERVICE

I, Raeann Warner, being a member of the Bar of this Court, do hereby certify that on May 16, 2008, I caused **PLAINTIFF LYNN FREDERICK'S RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES** to be e-mailed to the following:

| | |
|---|---|
| Erin K. Brignola, Esquire | Eileen Oakes Muskett, Esquire |
| Cooper Levenson April Niedelman & Wagenheim, P.A. | Cooper Levenson April Niedelman & Wagenheim, P.A. |
| 30 Fox Hunt Drive | 1125 Atlantic Avenue |
| Fox Run Shopping Center | Atlantic City, NJ 08401 |
| Bear, DE 19701 | (609) 572-7676 |
| (302) 838-2600 | emuskett@cooperlevenson.com |
| ebrignola@cooperlevenson.com | |

**THE NEUBERGER FIRM, P.A.**

/s/ Raeann Warner
**THOMAS S. NEUBERGER, ESQ. (#243)**
**RAEANN WARNER, ESQ. (#4931)**
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
(302) 655-0582
TSN@NeubergerLaw.com
RW@NeubergerLaw.com

Dated: May 16, 2008           **Attorneys for Plaintiff**