**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **LYNN FREDERICK ,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 07-677-JJF |
| | : | |
| **AVANTIX LABORATORIES, INC.,** | : | |
| a Delaware corporation, | : | |
| | : | **Jury Trial Demanded** |
| | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF SERVICE**

    I, Raeann Warner, being a member of the Bar of this Court, do hereby certify that on June 2, 2008, I caused **PLAINTIFF LYNN FREDERICK'S SUPPLEMENTAL RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES DIRECTED TO PLAINTIFF** to be sent, via E-Mail, **AND** a CD-R containing **PLAINTIFF'S DOCUMENT PRODUCTION P920-P1546** to be sent, via U.S. Mail, to the following:

| | |
|---|---|
| Erin K. Brignola, Esquire | Eileen Oakes Muskett, Esquire |
| Cooper Levenson April Niedelman & | Cooper Levenson April Niedelman & |
| Wagenheim, P.A. | Wagenheim, P.A. |
| 30 Fox Hunt Drive | 1125 Atlantic Avenue |
| Fox Run Shopping Center | Atlantic City, NJ 08401 |
| Bear, DE 19701 | (609) 572-7676 |
| (302) 838-2600 | emuskett@cooperlevenson.com |
| ebrignola@cooperlevenson.com | |

                                        **THE NEUBERGER FIRM, P.A.**

                                        /s/ Raeann Warner
                                        **THOMAS S. NEUBERGER, ESQ. (#243)**
                                        **RAEANN WARNER, ESQ. (#4931)**
                                        Two East Seventh Street, Suite 302
                                        Wilmington, Delaware 19801
                                        (302) 655-0582
                                        TSN@NeubergerLaw.com
                                        RW@NeubergerLaw.com

Dated: June 2, 2008              **Attorneys for Plaintiff**