## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LYNN FREDERICK , | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 07-677-JJF |
| | : | |
| AVANTIX LABORATORIES, INC., | : | |
| a Delaware corporation, | : | |
| | : | Jury Trial Demanded |
| | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF DEPOSITION

**TO:**   Erin K. Brignola, Esquire

PLEASE TAKE NOTICE that the undersigned counsel for the plaintiff will take the oral deposition of the following individual at the times and dates indicated, continuing from day to day until completed, at the offices of **THE NEUBERGER FIRM, P.A.**, Two East Seventh Street, Suite 302, Wilmington, Delaware 19801.

| **NAME** | **DATE AND TIME** |
|---|---|
| Linyee Shum | July 29, 2008 at 9:00 am |

**THE NEUBERGER FIRM, P.A.**

/s/ Raeann Warner
**THOMAS S. NEUBERGER, ESQ. (#243)**
**RAEANN WARNER, ESQ. (#4931)**
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
(302) 655-0582
TSN@NeubergerLaw.com
RW@NeubergerLaw.com

Dated: June 27, 2008                                                  Attorneys for Plaintiff