**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **LYNN FREDERICK ,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | C.A. No. 07-677-JJF |
| : | |
| **AVANTIX LABORATORIES, INC.,** : | |
| a Delaware corporation, : | |
| : | **Jury Trial Demanded** |
| : | |
| : | |
| **Defendant.** : | |

**NOTICE OF DEPOSITION**

TO:   Erin K. Brignola, Esquire
      Cooper Levenson  April Niedelman & Wagenheim, P.A.
      30 Fox Hunt Drive
      Bear, DE 19701

PLEASE TAKE NOTICE that the undersigned counsel for the plaintiff will take the oral deposition of the following individual at the times and dates indicated, continuing from day to day until completed, at the offices of **THE NEUBERGER FIRM, P.A.**, Two East Seventh Street, Suite 302, Wilmington, Delaware 19801.  The deposition will be taken by stenographic means.

| **NAME** | **DATE AND TIME** |
|---|---|
| David Musiano | July 31, 2008 at 9:00 pm |

                                                  **THE NEUBERGER FIRM, P.A.**

                                                  /s/ Raeann Warner
                                                  **THOMAS S. NEUBERGER, ESQ. (#243)**
                                                  **RAEANN WARNER, ESQ. (#4931)**
                                                  Two East Seventh Street, Suite 302
                                                  Wilmington, Delaware 19801
                                                  (302) 655-0582
                                                  TSN@NeubergerLaw.com
                                                  RW@NeubergerLaw.com

Dated: July 14, 2008                              Attorneys for Plaintiff