# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LYNN FREDERICK, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 07-677-JJF |
| | : | |
| AVANTIX LABORATORIES, INC., | : | |
| a Delaware corporation, | : | |
| | : | Jury Trial Demanded |
| | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF DEPOSITION

TO:   Erin K. Brignola, Esquire
      Cooper Levenson  April Niedelman & Wagenheim, P.A.
      30 Fox Hunt Drive
      Bear, DE 19701

PLEASE TAKE NOTICE that the undersigned counsel for the plaintiff will take the oral deposition of the following individual at the times and dates indicated, continuing from day to day until completed, at the offices of **THE NEUBERGER FIRM, P.A.**, Two East Seventh Street, Suite 302, Wilmington, Delaware 19801.  The deposition will be taken by stenographic means.

| NAME | DATE AND TIME |
|---|---|
| Elizabeth Mahoney | July 31, 2008 at 4:30 pm |

**THE NEUBERGER FIRM, P.A.**

/s/ Raeann Warner
**THOMAS S. NEUBERGER, ESQ. (#243)**
**RAEANN WARNER, ESQ. (#4931)**
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
(302) 655-0582
TSN@NeubergerLaw.com
RW@NeubergerLaw.com

Dated: July 17, 2008                    Attorneys for Plaintiff