IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **LYNN FREDERICK ,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 07-677-JJF |
| | : | |
| **AVANTIX LABORATORIES, INC.,** | : | |
| a Delaware corporation, | : | |
| | : | **Jury Trial Demanded** |
| | : | |
| | : | |
| Defendant. | : | |

## RE-NOTICE OF DEPOSITION

TO:   Erin K. Brignola, Esquire
      Cooper Levenson  April Niedelman & Wagenheim, P.A.
      30 Fox Hunt Drive
      Bear, DE 19701

    PLEASE TAKE NOTICE that the previous deposition scheduled for Mr. Shum on July 29, 2008 was vacated and that the undersigned counsel for the plaintiff will take the oral deposition of the following individual at the times and dates indicated, continuing from day to day until completed, at the offices of **THE NEUBERGER FIRM, P.A.**, Two East Seventh Street, Suite 302, Wilmington, Delaware 19801.

| **NAME** | **DATE AND TIME** |
|---|---|
| Linyee Shum | September 8, 2008 at 9:00 am |
| | **THE NEUBERGER FIRM, P.A.** |
| | /s/ Raeann Warner |
| | **THOMAS S. NEUBERGER, ESQ. (#243)** |
| | **RAEANN WARNER, ESQ. (#4931)** |
| | Two East Seventh Street, Suite 302 |
| | Wilmington, Delaware 19801 |
| | (302) 655-0582 |
| | TSN@NeubergerLaw.com |
| | RW@NeubergerLaw.com |
| Dated: July 29, 2008 | Attorneys for Plaintiff |