**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **LYNN FREDERICK ,** : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C.A. No. 07-677-JJF |
| : | |
| **AVANTIX LABORATORIES, INC.,** : | |
| a Delaware corporation, : | |
| : | **Jury Trial Demanded** |
| : | |
| : | |
| Defendant. : | |

**SECOND RE-NOTICE OF DEPOSITION**

TO:  Erin K. Brignola, Esquire
   Cooper Levenson  April Niedelman & Wagenheim, P.A.
   **30 Fox Hunt Drive**
   **Bear, DE 19701**

   PLEASE TAKE NOTICE that the previous deposition scheduled for Mr. Shum on September 8, 2008 is vacated, pursuant to a request by counsel for Defendant, and that the undersigned counsel for the plaintiff will take the oral deposition of the following individual at the times and dates indicated, continuing from day to day until completed, at the offices of **THE NEUBERGER FIRM, P.A.**, Two East Seventh Street, Suite 302, Wilmington, Delaware 19801.

| **NAME** | **DATE AND TIME** |
|---|---|
| Linyee Shum | September 22, 2008 at 10:30 am |
| | **THE NEUBERGER FIRM, P.A.** |
| | /s/ Raeann Warner |
| | **THOMAS S. NEUBERGER, ESQ. (#243)** |
| | **RAEANN WARNER, ESQ. (#4931)** |
| | Two East Seventh Street, Suite 302 |
| | Wilmington, Delaware 19801 |
| | (302) 655-0582 |
| | TSN@NeubergerLaw.com |
| | RW@NeubergerLaw.com |
| Dated: August 29, 2008 | Attorneys for Plaintiff |