**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **LYNN FREDERICK ,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | C.A. No. 07-677-JJF |
| : | |
| **AVANTIX LABORATORIES, INC.,** : | |
| a Delaware corporation, : | |
| : | **Jury Trial Demanded** |
| : | |
| : | |
| **Defendant.** : | |

**NOTICE OF SERVICE**

I, Raeann Warner, being a member of the Bar of this Court, do hereby certify that on August 29, 2008, I caused **P1547-P1556** to be e-mailed to the following:

| | |
|---|---|
| Erin K. Brignola, Esquire | Eileen Oakes Muskett, Esquire |
| Cooper Levenson April Niedelman & Wagenheim, P.A. | Cooper Levenson April Niedelman & Wagenheim, P.A. |
| 30 Fox Hunt Drive | 1125 Atlantic Avenue |
| Fox Run Shopping Center | Atlantic City, NJ 08401 |
| Bear, DE 19701 | (609) 572-7676 |
| (302) 838-2600 | emuskett@cooperlevenson.com |
| ebrignola@cooperlevenson.com | |

**THE NEUBERGER FIRM, P.A.**

/s/ Raeann Warner
**THOMAS S. NEUBERGER, ESQ. (#243)**
**RAEANN WARNER, ESQ. (#4931)**
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
(302) 655-0582
TSN@NeubergerLaw.com
RW@NeubergerLaw.com

Dated: August 29, 2008      **Attorneys for Plaintiff**