IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LYNN FREDERICK, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 07-677-JJF |
| AVANTIX LABORATORIES, INC., | : |
| Defendant. | : |

## MEMORANDUM ORDER

Plaintiff has filed a Motion To Compel Defendant To Respond To Plaintiff's Second Request For Production Of Documents. (D.I. 48.)

By her motion, Plaintiff contends that she had requested production of documents seeking information on the insolvency of Defendant Avantix Laboratories, Inc. and the relationship between Defendant and TDM Pharmaceutical Research, LLC. Plaintiff asserts she made the relevant document requests after learning of Defendant's insolvency and Dr. Linyee Shum's immediate employment at TDM Pharmaceutical Research following Defendant's insolvency.

Plaintiff further contends that Dr. Shum is currently the Executive Director of TDM Pharmaceutical Research, LLC., and he was previously employed by Defendant as its Executive Director and President. Dr. Shum is the person Plaintiff asserts violated her rights while she was employed at Defendant Avantix. (Id.) Plaintiff also notes that Daphen Shum, Dr. Shum's wife, is the President of TDM Pharmaceutical Research, LLC. (Id.)

By her motion Plaintiff seeks (1) an order compelling

Defendant to respond, (2) an order requiring Defendant to produce all documents requested, (3) leave to file a motion to join TDM Pharmaceutical Research, LLC, and (4) an award of expenses and costs associated with the instant motion. (Id.)

Defendant has responded to the motion and asserted that it produced the requested documents and relevant objections. (D.I. 55.)

On this record, it appears to the Court the motion is moot and should be denied.

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff's Motion to Compel (D.I. 48) is **DENIED** as moot.

\_\_\_July 15, 2010\_\_\_  
DATE

_____  
UNITED STATES DISTRICT JUDGE