IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LYNN FREDERICK, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 07-677-JJF |
| | : |
| AVANTIX LABORATORIES, INC., | : |
| | : |
| Defendant. | : |

## MEMORANDUM ORDER

Plaintiff Lynn Frederick has filed a Motion To Compel TDM

Pharmaceutical Research, LLC ("TDM") (D.I. 51) to comply with a

subpoena duces tecum.  Plaintiff contends that TDM has not

replied or objected to the subpoena, and therefore, has waived

any objection to the subpoena.  (Id.)

By her present motion, Plaintiff seeks (1) an order

compelling TMD to respond to the subpoena, (2) an order requiring

TMD to produce the requested documents, (3) an order requiring

TMD to submit to a deposition under Fed. R. Civ. P. 30(b)(6), (4)

leave to file a motion to join TMD following discovery, and (5)

an award of costs and fees associated with bringing the instant

motion.  (Id.)

TMD has responded to the motion (D.I. 58) and stated that it

will comply with the subpoena; however, TMD objects to portions

of the subpoena.  (Id. at 4-5 (objecting to several requests as

irrelevant, overbroad, and unsupported in light of TMD's position

as a third party to the instant suit).)

On the present record, the Court concludes that Plaintiff's

subpoena has or will be complied with by TMD and thus the motion will be denied; however, if TMD's compliance does not comport to the requests of Plaintiff's subpoena, Plaintiff may renew its motion.

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff's Motion to Compel (D.I. 51) is **DENIED**, with leave to renew.

July /5 , 2010
DATE

UNITED STATES DISTRICT JUDGE